1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACCANI DISTRIBUTING COMPANY, a California corporation,

        Plaintiff,

    v.

CLEAN CAUSE, INC., a Delaware corporation; and DOES 1 through 20, inclusive,

        Defendants.

CASE NO.: 2:20-cv-01498-TLN-DB

Complaint Filed:   May 8, 2020
Trial Date:           Not Yet Scheduled

**ORDER RE TRANSFER VENUE**

1    Pursuant to the Minute Order issued by the Court on September 1, 2021 (ECF No. 10) and

2  after consideration of the Stipulation filed by Plaintiff SACCANI DISTRIBUTING COMPANY

3  ("Plaintiff") and Defendant CLEAN CAUSE, INC. ("Defendant") (collectively, the "Parties") to

4  transfer the above-captioned matter from the United States District Court for the Eastern District

5  of California to the United States District Court for the Southern District of New York, Manhattan

6  Division, the Court hereby orders as follows:

7    1.    This action is hereby transferred from the United States District Court for the

8  Eastern District of California to the United States District Court for the Southern District of New

9  York, Manhattan Division.

10   **IT IS SO ORDERED.**

11

12

   DATED: September 23, 2021

13                                           _____
                                             Troy L. Nunley
14                                           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE TRANSFER VENUE